No. 1056.   Jack Lincoln Shops, Inc. *v.* State Dry Cleaners' Board et al.   June 21, 1943.  *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Nebbia* v. *New York,* 291 U. S. 502; *West Coast Hotel Co.* v. *Parrish,* 300 U. S. 379; *Olsen* v. *Nebraska,* 313 U. S. 236; and *Dunn* v. *Ohio,* 318 U. S. 739.   Mr. Justice Roberts took no part in the consideration or decision of this case. *Messrs. John B. Dudley* and *Duke Duvall* for appellant.

No. 1064.   Prebyl *v.* Prudential Insurance Co. et al.   June 21, 1943.   *Per Curiam:* The motion for leave to proceed *in forma pauperis* is granted.   The appeal is dismissed for the want of jurisdiction.   § 237 (a), Judicial Code, as amended, 28 U. S. C., § 344 (a).   Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code as amended, 28 U. S. C., § 344 (c), certiorari is denied.   Mr. Justice Roberts and Mr. Justice Douglas took no part in the consideration or decision of this case.   *Milton Prebyl, pro se.*

No. —.   Ex parte Warren Wockner.   June 21, 1943. Application denied.   Mr. Justice Roberts and Mr. Justice Douglas took no part in the consideration or decision of this application.